**Phillip MANN, Plaintiff–Appellant,**

v.

**Donna MAINE, Director of Medical; Mr. Laborde, Corporal/Nurse, Defendants–Appellees,**

and

**Mr. Brackendale, Supervisor/Medical, Defendant.**

**No. 01–7089.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 7, 2001.

Decided Dec. 21, 2001.

Phillip Mann, Pro Se. John J. Brandt, James R. Parrish, Brandt, Jennings, Rob-

erts, Davis & Snee, Falls Church, Virginia, for Appellees.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Phillip Mann appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Mann v. Maine,* No. CA–00–165–2 (E.D. Va. June 11, 2001). Furthermore, we deny Mann's motion to compel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*